## BATISTE PIQUETT
v.
## THOMAS EMERSON, STEPHEN MACK AND JOSEPH EMERSON

1811

### JOURNAL ENTRIES

1. Declaration filed; bail bond cancelled; plea;
   issue; continuance . . . . . . . . *Journal, infra,* \*p. 357

PAPERS IN FILE

1. Bond for appearance  .   .   .   .   .   .   .   .   .   .   .   .   .   .

*Note:* No reference is made to this case in Vol. II of the court's journal (1814–1819). As to abatement, see case 287, *supra*.